IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 MAR -9 PM 1: 25
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: CR205-37 |
| | ) |
| KATHERINE CRAPPS | ) |

## ORDER

On March 9, 2006, the undersigned conducted a hearing to determine whether there is probable cause to believe that Defendant Crapps violated the terms of her release as alleged in a Report filed by the United States Probation Office. Defendant Crapps was given prior notice of the hearing and its purpose and of the alleged violations. She appeared at said hearing, with counsel, and was given the opportunity to present evidence in her own behalf. She was afforded the opportunity to question the witness called against her. The testimony presented at said hearing established that there is clear and convincing evidence that Defendant Crapps violated the conditions of her release as alleged.

Accordingly, it is hereby **ORDERED** that the pretrial release of Katherine Crapps is **revoked**.

**SO ORDERED**, this ___9th___ day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE